IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  June 5, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Nicole Peterson |
| | Interpreter: Marcela Salazar |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00005-WJM | _Counsel:_ |
| UNITED STATES OF AMERICA, | Geoff Rieman |
| Plaintiff, | |
| v. | |
| ISIDRO FLORES-PEREZ, | David Johnson |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:03 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Rieman

Sentencing Statement by Mr. Johnson

1

The Court addresses the defendant's Objections and Clarifications to the Presentence Investigation Report [23]

**ORDERED:   Objection No. 3 of the defendant's Objections and Clarifications to Presentence Investigation Report [23] is OVERRULED AS MOOT. With regard to all the remaining objections, the Court finds that the defendant's objections will not affect sentencing and the Court will not consider those matters in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B) no ruling on the objections is necessary.**

**ORDERED:   The Government's Motion to Dismiss Counts And For the Third Point for Acceptance of Responsibility [32] is GRANTED.  Counts One, Three and Four of the Indictment are dismissed, and an additional offense level will be deducted for acceptance of responsibility.**

The Court addresses the Defendant's Motion for Below-Guideline Sentence [24]

Argument by Mr. Johnson

Argument by Mr. Rieman

Defendant's Allocution

**ORDERED:   Defendant's Motion for Below-Guideline Sentence [24] is GRANTED IN PART.**

Defendant plead guilty to Count Two of the Indictment on March 12, 2014.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Isidro Flores-Perez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

> **The mandatory drug testing provisions of § 3563(a)(5), are waived because it is likely that the defendant will be removed from this country.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:38 p.m.   Court in Recess
             Hearing concluded
             Time: 35 minutes